**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
APPLIED INTERACT, LLC,

                        Plaintiff,

            - against -

BULOVA CORP.,

                        Defendant.
---------------------------------------------------------------X

**ORDER**

CV 06-1664 (RJD) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

      Attorney Mary Carole Chapin is permitted to argue or try this case as co-counsel with Peter J. Schuyler. By July 28, 2006, Ms. Chapin shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Chapin shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Chapin shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      **SO ORDERED.**

Dated: Brooklyn, New York
       July 21, 2006

                                                       /s/ James Orenstein
                                                       JAMES ORENSTEIN
                                                       U.S. Magistrate Judge